FILED
97 SEP 19 PM 3:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
SEP 19 1997

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

M. VAN ATKINSON,       )
     Plaintiff,       )
  vs.       )       CV 96-L-1598-S
METROPOLITAN LIFE INSURANCE
COMPANY, a corporation,       )
     Defendant.       )

### MEMORANDUM OPINION

A motion was filed by defendant to alter or amend the judgment of $176,708.46 in favor of M. Van Atkinson the plaintiff which was entered on July 22, 1997.

In view of the fact that the plaintiff's motion for the allowance of reasonable attorney's fees was scheduled for the 19th day of September, the attorneys were requested to appear in chambers on September 12, 1997 on the motion to alter or amend.

It was agreed that such motion was submitted for judgment of the court on the pleadings, the oral testimony, defendant's Summary ERISA Plan, the documentary exhibits, together with the exhibits thereto and the arguments in behalf of the parties.

Thereupon the court suggested informal comments should proceed in that the judgment in favor of the plaintiff for the sum of $176,708.46 was supported by the evidence, while the defendant insists the correct amount of the judgment should be $118,702.20.

There ensued a robust discussion of this issue which was transcribed by the court reporter. The court's exhibit #1 will be submitted as a part of the record in this case.

It was apparent counsel for the parties could not agree on the amount of the verdict. They could not even agree on what was critical in the reconstruction of the amount of benefits to which plaintiff was entitled.

The court is indebted to Simon Bloom, on loan from the court's friend Judge Propst. While not present at the trial of this case, he has been exceedingly helpful in analyzing the bare facts.

At the conclusion of the conference the court arrived at a corrected judgment of $159,944.00. Although the parties never agreed to the foundational figures necessary to calculate the actual benefits, the court's law clerk began with the most reasonable estimate of the plaintiff's fifty-two (52) week earnings starting in July of 1994 and ending in July of 1995. Assuming the plaintiff earned $422,654.00 for that period, the court calculated the temporary disability figure for nine weeks at $58,521.00. The Long Term Disability figure for six weeks amounted to $101,423.00. As a result, the court orders that the amended judgment in the amount of $159,944.00 be paid to the plaintiff.

A separate order will be entered.

DONE this ___19th___ day of September 1997.

                                                                   /s/ Seybourn H. Lynne
                                                                   SENIOR JUDGE